FILED

06/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0199

IN THE MATTER OF THE ESTATE OF:

LYLE JAMES HEAVY RUNNER,

Deceased.

**ORDER**

Upon consideration of Appellant's motion for extension of time pursuant to Rule 26 of the Montana Rules of Appellate Procedure, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 4, 2023 to prepare, file and serve her opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2023